IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE LEMPKE, ETC., ET AL., <br>     Plaintiff, <br><br> v. <br><br> OSMOSE UTILITIES SERVICES, INC., ET AL., <br>     Defendants. | Civil Action No. 11-1236 |

---

| | |
|---|---|
| RENEE LEMPKE, ETC., ET AL., <br>     Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, ET AL., <br>     Defendants. | Civil Action No. 11-1237 |

ORDER

AND NOW, this 18th day of January, 2012, upon consideration of the Uncontested Motion to Consolidate Actions Pursuant to Federal Rule of Civil Procedure 42 filed by defendant Hubbell Power Systems, Inc. [document #79 at Civil Action No. 11-1236 and document #75 at Civil Action No. 11-1237], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1. Civil Action No. 11-1237 is consolidated with Civil Action No. 11-1236 the lead case captioned above.

    2. All pleadings, motions, and other documents hereafter shall be filed at Civil Action No. 11-1236.

3. The Clerk of Court shall close Civil Action No. 11-1237.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record