IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE LEMPKE, Individually and as the Executrix of the Estate of Robert Lempke, Deceased<br><br>Plaintiff,<br><br>VS.<br><br>OSMOSE UTILITIES SERVICES, INC., and A.B. CHANCE COMPANY, ET AL.<br>Defendants. | No. 2:11-cv-01236-GLL |
| RENEE LEMPKE, Individually and as the Executrix of the Estate of ROBERT LEMPKE, deceased,<br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br>Defendants. | No. 2:11-cv-01237-GLL |

## STIPULATION OF DISMISSAL

1. All claims, cross-claims and counterclaims asserted against Defendants Cooper Busman, LLC, Cooper Busman, Inc. and Cooper Industries, Inc. ("Cooper") alleging claims of negligence or strict liability related to the manufacture, design and/or distribution of a defective fuse in the above-referenced action shall be discontinued and ended without prejudice;

2. Each of the parties, by and through their respective counsel, hereby represent that there is no evidence causally connecting, in whole or in part, the injuries suffered by Plaintiff's decedent with the actions or conduct of Cooper and that no claims of liability or fault shall hereafter be made, directly or indirectly, against Cooper as it relates to the manufacture, design and/or distribution of a defective fuse by any of the parties hereto, including any and all claims, cross-claims, counterclaims or third party claims;

5163961-1

3. In the event information is discovered that implicates potential liability of Cooper prior to the conclusion of trial or other resolution/disposition of this matter by settlement or otherwise; Plaintiff reserves the right to re-file Plaintiff's Complaint against Cooper. In that event, Cooper agrees to waive the defense that the Statute of Limitations has expired;

4. This Stipulation does not constitute, nor shall it be deemed to be, a Release of any kind whatsoever;

5. The sole purpose of this Stipulation is to discontinue and end all claims against Cooper only, without prejudice;

6. This Stipulation shall have no effect on Plaintiff's claims against any remaining defendant in the action, and shall not serve as a basis for a defense or argument at the time of trial;

7. The action shall continue as to all remaining defendants;

8. The caption is hereby amended to omit reference to Defendants Cooper Busman, LLC, Cooper Busman, Inc. and Cooper Industries, Inc.; and

9. This Stipulation may be signed in counterparts.

Matthew Casey, Esquire
Gregory Haroutounian, Esquire
Roberta Golden, Esquire
Ross, Feller, Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
*Plaintiff*

John J. Snyder, Esquire
Michael G. Sabo, Esquire
Joseph A. Gorman, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square, 16th Fl.
Philadelphia, Pa 19107
*Cooper Busman, LLC; Cooper Busman, Inc., Cooper Power Systems, Inc., Cooper Industries, Inc. and Cooper Power, Inc.*

5163961-1

Dean F. Murtagh, Esquire
William J. D'Annunzio, Esquire
German, Gallagher & Murtagh
The Bellevue
200 S. Broad Street, Suite 500
Philadelphia, PA 19102
*A.B. Chance- a division of Hubbel
Power Systems*

William S. Rubert, Esquire
Christopher Parkerson, Esquire
Campbell Campbell Edwards & Conroy, P.C.
690 Lee Road, Suite 300
Wayne, PA 19087
*GE Industrial Systems/Solutions and General
Electric Company*

Allen R. Bunker, Esquire
Comeau & Bunker
Four Penn Center - Suite 500
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
*Schweitzer Engineering Laboratories*

5163961-1

_(signature)_
Dean F. Murtagh, Esquire
William J. D'Annunzio, Esquire
German, Gallagher & Murtagh
The Bellevue
200 S. Broad Street, Suite 500
Philadelphia, PA 19102
*A.B. Chance- a division of Hubbel Power Systems*

William S. Rubert, Esquire
Christopher Parkerson, Esquire
Campbell Campbell Edwards & Conroy, P.C.
690 Lee Road, Suite 300
Wayne, PA 19087
*GE Industrial Systems/Solutions and General Electric Company*

_(signature)_
Allen R. Bunker, Esquire
Comeau & Bunker
Four Penn Center - Suite 500
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
*Schweitzer Engineering Laboratories*

SO ORDERED, this __6th__ day of March, 2012.

_(signature)_
Hon. Gary L. Lancaster,
Chief U.S. District Judge

5163961-1